# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. NICHOLAS, | CASE NO. 12cv535 WQH DHB |
| Plaintiff, | ORDER |
| vs. | |
| COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHASE CAPITAL GROUP,INC., N.A.; U.S. BANK N.A.; BANK OF NEW YORK MELLON; FEDERAL DEPOSIT INSURANCE COMPANY; DOE ENTITIES 1 through 100, Inclusive, | |
| Defendants. | |

HAYES, Judge:

On February 9, 2012, Plaintiff Dwight A. Nicholas, proceeding pro se, initiated this action by filing a Complaint in this Court. (ECF No. 1). On that same day, Plaintiff filed a Motion to Proceed IFP (ECF No. 2).

On March 13, 2012, this Court issued an Order stating:

> After considering Plaintiff's motion and the accompanying affidavit, the Court determines that Plaintiff can afford to pay the filing fee in this case. Plaintiff has income and real estate assets necessary to pay the required $350.00. Plaintiff does not have dependents or debts. Plaintiff is not eligible to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).
>
> Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice. No later than thirty days from the date of this Order, Plaintiff shall either: (1) pay the requisite $350.00 filing

fee; or (2) submit a more detailed and comprehensive motion to proceed in forma pauperis. If Plaintiff fails to submit payment or an amended motion to proceed in forma pauperis the Court will close this case.

(ECF No. 3 at 2)

To date, Plaintiff has failed to submit payment or to submit an amended motion to proceed in forma pauperis. Accordingly, this case is closed.

IT IS SO ORDERED.

DATED: April 24, 2012

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge