1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  DWIGHT A. NICHOLAS,                        CASE NO. 12cv535 WQH DHB

12                            Plaintiff,       ORDER
            vs.
13  COUNTRYWIDE HOME LOANS, INC.;
    BANK OF AMERICA, N.A.;
14  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC.;
15  CHASE CAPITAL GROUP,INC., N.A.;
    U.S. BANK N.A.; BANK OF NEW
16  YORK MELLON; FEDERAL DEPOSIT
    INSURANCE COMPANY; DOE
17  ENTITIES 1 through 100, Inclusive,

18                            Defendants.

19  HAYES, Judge:

20          On February 9, 2012, Plaintiff Dwight A. Nicholas, proceeding pro se, initiated this

21  action by filing a Complaint in this Court.  (ECF No. 1).  On that same day, Plaintiff filed a

22  Motion to Proceed IFP (ECF No. 2).

23          On March 13, 2012, this Court issued an Order stating:

24                  After considering Plaintiff's motion and the accompanying
            affidavit, the Court determines that Plaintiff can afford to pay the filing
25          fee in this case.  Plaintiff has income and real estate assets necessary to
            pay the required $350.00.  Plaintiff does not have dependents or debts.
26          Plaintiff is not eligible to proceed in forma pauperis pursuant to 28
            U.S.C. § 1915(a).
27
                    Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is
28          DENIED without prejudice.  No later than thirty days from the date of
            this Order, Plaintiff shall either:  (1) pay the requisite $350.00 filing

fee; or (2) submit a more detailed and comprehensive motion to proceed in forma pauperis.  If Plaintiff fails to submit payment or an amended motion to proceed in forma pauperis the Court will close this case.

(ECF No. 3 at 2)

To date, Plaintiff has failed to submit payment or to submit an amended motion to proceed in forma pauperis.  Accordingly, this case is closed.

IT IS SO ORDERED.

DATED:  April 24, 2012

**WILLIAM Q. HAYES**
United States District Judge